AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                                            1501144

Civil Action No. 1:21-cv-05033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **East Coast Moving Inc.**
was received by me on *(date)* **9/13/21**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Tony "Doe"**, who is
designated by law to accept service of process on behalf of *(name of organization)* **East Coast Moving Inc.** on *(date)* **9/14/21 at 2:52 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/20/21**

Server's signature

**Nnamdi Erskine   Lic # 1376400**
Printed name and title

**166-06 24th Rd Whitestone NY 11357**
Server's address

Additional information regarding attempted service, etc:
served at 7745 164th St, Fresh Meadows, NY 11366
(M, blk, blk, 55, 6'1"-5'8", 161-200 lbs)

Print    Save As...                                                                    Reset