AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1501148

Civil Action No. 1:21-cv-05033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Extreme Van Line Inc.__
was received by me on *(date)* __9/13/21__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Tony "Doe"__, who is designated by law to accept service of process on behalf of *(name of organization)* __Extreme Van Line Inc.__ on *(date)* __9/14/21 at 2:52 pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __9/20/21__

_____
Server's signature

__Nnamdi Erskine LIC # 1376400__
Printed name and title

__166-06 24th Rd Whitestone NY 11357__
Server's address

Additional information regarding attempted service, etc:
served at 77-45 164th St, Fresh Meadows, NY 11366
(M, blk, blk, 55, 5'4-5'8, 161-200 lbs)

[Print]   [Save As...]                                            [Reset]