AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)     150147

Civil Action No. 1:21-cv-05033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Edna Seltzer__
was received by me on *(date)* __9/13/21__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ or usual place of ~~abode~~ business with *(name)* __Tony "Doe"__ __co-worker__, a person of suitable age and discretion who ~~resides~~ works there,
on *(date)* __9/14/21 at 2:52 pm__, and mailed a copy to the individual's last known ~~address;~~ or place of business.

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __9/17/21__

_____
Server's signature

__Nnamdi Erskine  Lic# 1376400__
Printed name and title

__166.06 24th Rd Whitestone NY 11357__
Server's address

Additional information regarding attempted service, etc:
Served at 7145 164th St, Fresh Meadows, NY 11366
(M, blk, blk, 65, 5'4-5'8, 161-200 lbs)