UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK          Record # 27089B

SERON DOUGLAS AND GILBERT AUGUSTIN JR ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY

                                                    Plaintiff(s)          INDEX#   1:21-CV-05033
                          against                                         Date filed 9/10/2021

EAST COAST MOVING INC., ET AL

                                                    Defendant(s)

STATE OF NEW YORK                                   COUNTY OF ALBANY            1501146

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**DAVID TATUM** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York.  That on  **9/24/2021** at **2:45 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

## SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT

## on **EAST COAST MOVING INC., Defendant** in this action.

By delivering to and leaving with  **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[  ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**          Description of the Recipient is as follows:

          A Female with White skin, Brown hair, who is approximately 54 years of age
          and has an approximate height of 5' 1" and approximate weight of 120 pounds.

          Other identifying features are as follows: Glasses.

          _____
          DAVID TATUM
          Process Server

State of New York
County of Albany

Sworn to before me on This 27 day of September 2021

          _____
          Notary Public Emily M. Corbett

Michelle M. Santspree                          Emily M. Corbett
Notary Public, State of New York               Notary Public, State of New York
NO. 01SA5047611                                No. 01CO6299470
Qualfied in Albany County                      Qualified in Albany County
Commission Expires August 7, 2025              Commission Expires March 24, 2022

PREFERRED PROCESS SERVERS - 166-06 24th ROAD, LL - WHITESTONE, NY 11357 - 718-362-4890