# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

February 7, 2022

*Via Electronic Filing*
The Honorable Marcia M. Henry, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Douglas et al v. East Coast Moving Inc. et al*
                Case No.: 21-cv-05033

Dear Honorable Magistrate Judge Henry:

    This law firm represents Plaintiffs Seron Douglas, Gilbert Augustin, Jr., and Christian Adams (collectively, the "Plaintiffs") in the above-referenced action.

    Pursuant to Your Honor's Individual Rules I(A)(1), and the directives contained in your Honor's January18, 202 Order, this letter respectfully serves as a status letter in the above-referenced action.

    This letter is not submitted jointly with Defendants East Coast Moving Inc., Extreme Van Line Inc. and Edna Seltzer (collectively, the "Defendants"), who did not respond to the undersigned's email request to approve, or propose changes to, the instant status letter.

    For the sake of brevity, Plaintiffs respectfully incorporate the contents in the letter motion to compel filed on February 4, 2022 [Dckt. No. 31] to provide the Court with a status of the outstanding informal discovery in the above-referenced matter.

    The parties have selected mediator Joseph DiBenedetto, to assist in mediating the above-referenced matter. The parties are awaiting Mediator DiBenedetto to provide his availability for a virtual settlement conference.

    We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                Respectfully submitted,

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By:   */s/ Jason Mizrahi*
                       Jason Mizrahi
                       60 East 42nd Street, Suite 4747
                       New York, NY 10170
                       Tel. No.: (212) 792-0048
                       Email: Jason@levinepstein.com
                       *Attorneys for Plaintiffs*

VIA ECF: All Counsel