**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

February 9, 2022

<u>**VIA ECF**</u>

Honorable Marcia Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>**Douglas et al v East Coast Moving Inc. et al**</u>
           <u>**Case No. 21-cv-05033**</u>

Dear Magistrate Henry:

      This firm represents the Defendant, Edna Seltzer and Extreme Van. By error, a Notice of Appearance a few months ago was filed by my office for East Coast Moving. However, I explained this error to Mr. Levin-Epstein who I have high regard for and is nothing less than cordial and professional. We agreed before I get into making an application to withdraw for East Coast, since my clients are solely liable for any liability, we would put our efforts toward settlement.

      I had the pleasure of speaking to Mr. Levin-Epstein several times on this matter. I explained that my client does not have records compliant with the laws so there are no records to turn over.

      We agreed to send this to mediation, and we have selected a mediator who we are familiar with, and I feel certain we can resolve this case accordingly.

      My issue with not complying immediately is that for most of January, I was recovering from the Omicron Virus which left me incredibly fatigued most days. It was just impossible to meet all deadlines in my cases.

www.hansassociates.com

   I am happy to report we have a mediation scheduled and both counsel have an extremely cordial relationship and I believe this case will be settled then.

            Respectfully submitted,

            /s/ Stephen D. Hans

            Stephen D. Hans (SH-0798)