UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Seron Douglas, Gilbert Augustin, Jr., and Christian Adams, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

Index No.: 21-cv-05033(RPK)(MMH)

**FED.R.CIV.P. 68 JUDGMENT**

*Plaintiffs*,

-*against*-

East Coast Moving Inc., Extreme Van Line Inc., and Edna Seltzer,

*Defendants*.

---------------------------------------------------------------------X

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants East Coast Moving Inc., Extreme Van Line Inc., and Edna Seltzer (collectively, the "Defendants"), having offered to allow Plaintiffs Seron Douglas, Gilbert Augustin, Jr., and Christian Adams (collectively, the "Plaintiffs") to take a judgment against the Defendants in this action for the total sum of Forty-Five Thousand Dollars and zero cents ($45,000.00) payable as follows:

1. A payment in the amount of Forty-Five Thousand Dollars and zero cents ($45,000.00) payable on or before June 20, 2022;

inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiffs, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiffs' attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED and ADJUDGED, that Plaintiffs have judgment in the amount of Forty-Five Thousand Dollars and zero cents ($45,000.00) as against Defendants.

IT IS FURTHER ORDERED and ADJUDGED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: May 13, 2022
   Brooklyn , New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: _____*Jalitza Poveda*_____
    Deputy Clerk